UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BRITTANY M. PEASLEY, ) | |
| ) | |
| Plaintiff, ) | Case No. EDCV 12-2105 AJW |
| ) | |
| v. ) | |
| ) | J U D G M E N T |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

**IT IS ADJUDGED** that defendant's decision is affirmed in part and reversed and remanded in part. As to the period ending on March 31, 2011, defendant's decision is affirmed. As to the period beginning on April 1, 2011, defendant's decision is reversed and remanded for further administrative proceedings and a new hearing decision consistent with the memorandum of decision.

**IT IS SO ORDERED.**

November 21, 2013

_____
ANDREW J. WISTRICH
United States Magistrate Judge